| | |
|---|---|
| Michael R. Quirk (Bar No. 108076)<br>mquirk@quirklawoffice.com<br>Law Office of Michael R. Quirk<br>1615 Bonanza Street, Suite 207<br>Walnut Creek, California 94596<br>Telephone:   925.943.6400<br>Facsimile:    925.943.6500<br><br>Attorneys for Plaintiff<br>ROBERT LACK | GRANTED<br>*Judge Yvonne Gonzalez Rogers*<br>9/29/17 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LACK, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>CRUISE AMERICA, INC., a Florida corporation, d.b.a. CRUISE AMERICA; and DOES 1 THROUGH 50, inclusive,<br><br>            Defendants. | Case No. 4:17-cv-03399-YGR<br>Hon. Yvonne Gonzales Rogers<br>Courtroom 1<br><br>[Removed from Alameda Superior Court, Case No. HG17860044 ]<br><br>**Plaintiff Robert Lack's Notice of Voluntary Dismissal With Prejudice of the Entire Action**<br><br><br>Date of Filing:       May 11, 2017<br>Date of Removal:   June 12, 2017 |

1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2 | PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robert Lack voluntarily dismisses the entire action with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: September 26, 2017

LAW OFFICE OF MICHAEL R. QUIRK

By: /s/ Michael R. Quirk
    Michael R. Quirk

Attorneys for Plaintiff
ROBERT LACK